UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-173-GCM

| | |
|---|---|
| LEWIS W. STEPHENS, </br>     Plaintiff, </br> </br> v. </br> </br> NEAL'S PALLET COMPANY, INC., </br>     Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on its own motion. IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for **August 6, 2012** at 10:00 A.M. in Courtroom # 3.

    SO ORDERED.

Signed: March 19, 2012

Graham C. Mullen
United States District Judge