UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-173-GCM

| | | |
|---|---|---|
| LEWIS W. STEPHENS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| NEAL'S PALLET COMPANY, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion. IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for **August 6, 2012** at 10:00 A.M. in Courtroom # 3.

SO ORDERED.

Signed: March 19, 2012

Graham C. Mullen
United States District Judge