IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-173-GCM

| | |
|---|---|
| LEWIS W. STEPHENS, ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| NEAL'S PALLET COMPANY, INC., ) | |
| Defendant. ) | |

THIS MATTER is before the court upon its own motion. Due to the Motion for Summary Judgement pending in the above captioned case, this trial is re-scheduled for October 15, 2012.

IT IS SO ORDERED.

Signed: June 20, 2012

Graham C. Mullen
United States District Judge

**Signed: July 28, 2005**

*[Signature]*

Graham C. Mullen
Chief United States District Judge