**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-173-GCM**

| | | |
|---|---|---|
| **LEWIS W. STEPHENS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **NEAL'S PALLET COMPANY, INC.,** | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the court upon its own motion. Due to the Motion for Summary Judgement pending in the above captioned case, this trial is re-scheduled for October 15, 2012.

IT IS SO ORDERED.

Signed: June 20, 2012

Graham C. Mullen
United States District Judge

**Signed: July 28, 2005**

Graham C. Mullen
Chief United States District Judge