# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lewis W. Stephens,

    Plaintiff(s),    JUDGMENT IN A CIVIL CASE

vs.    3:11cv173

Neal's Pallett Company, Inc.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/23/2012 Order.

Signed: July 23, 2012

Frank G. Johns, Clerk
United States District Court